**BARRACK RODOS & BACINE**
ATTORNEYS AT LAW

One Gateway Center, Suite 2600
Newark, NJ 07102
973.297.1484

February 8, 2024

# ORDER

**Via CM/ECF**
The Honorable Edward S. Kiel
United States Magistrate Judge
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office and Courthouse Bldg.
2 Federal Street, Courtroom 8
Newark, NJ 07102

    Re:    *Van Gross v. HealthEC, LLC*
             Case No.: 2:24-cv-00658-JKS-ESK

Dear Judge Kiel:

Plaintiff in the captioned case consents to the consolidation of this case into Case No. 24-00026, *Leminen v. HealthEC, LLC* (ECF 6).

Respectfully,

*/s/Andrew J. Heo*
Andrew J. Heo

cc:    Counsel of Record (Via CM/ECF)

> **Case No. 24-00658, *Van Gross v. HealthEC, LLC*, is hereby: (1) consolidated with Case No. 24-00026, *Lempinen v. HealthEC, LLC*; and (2) marked as terminated. So Ordered.**
>
>     **_/s/ Edward S. Kiel_**
> **Edward S. Kiel, U.S.M.J.**
> **Date: February 9, 2024**



## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Andrew J. Heo*